UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:  <br>  Mildred Claudette Chaffin  <br>  Debtor(s) | Case No. 13-10671 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/18/2013.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 06/24/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:  $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Trinity Hospital | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 797.00 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| Advocate Trintity Hospital | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 998.00 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| Chela/Sallie Mae | Unsecured | 14,164.00 | NA | NA | 0.00 | 0.00 |
| Chela/Sallie Mae | Unsecured | 1,129.00 | NA | NA | 0.00 | 0.00 |
| Chicago Sun-time, Inc | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 7,454.00 | 8,601.89 | 8,601.89 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | NA | 613.00 | 613.00 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 848.00 | 848.00 | 848.00 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 755.00 | 755.00 | 755.00 | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | NA | 770.00 | 770.00 | 0.00 | 0.00 |
| Collect Sys | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health and Hospitals | Unsecured | 886.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health and Hospitals | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health and Hospitals | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health and Hospitals | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health and Hospitals | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health and Hospitals | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| DECA Financial Services, LLC | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| Escallate, LLC | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Financial Recovery Services, Inc. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Geico Remittance Center | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Hanger Prosthetics & Orothtics In | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HARRIS & HARRIS | Unsecured | 755.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | NA | 238.65 | 238.65 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | NA | NA | 238.65 | 0.00 | 0.00 |
| JPMorgan Chase Bank, NA | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| JPMorgan Chase Bank, NA | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital & Medical Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,051.00 | NA | NA | 0.00 | 0.00 |
| Mrsi | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| National Credit & Collection | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjuster | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| NCO Fin/02 | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| NCO fin/55 | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Nco/inovision-medclr | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Nco/inovision-medclr | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty Foundation | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Nrthestcrcol | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| Pacer Service Center | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Plaza Recovery | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| Plaza Recovery | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Rak J Goyal | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| Shell Oil/Citibank | Unsecured | 528.00 | NA | NA | 0.00 | 0.00 |
| Tiburon Financial | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Village of Evergreen Park | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Windy City Emergency Physicians | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $238.65 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$238.65** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,826.54** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/27/2013               By: /s/ Tom Vaughn
                                                                 Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**